630

No. 225. HUDSON v. YOUELL, SUPERINTENDENT. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. M. J. Fulton* for petitioner.

No. 226. WATERMAN v. SOMERVELL ET AL. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Corinne C. Waterman, pro se. Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney* and *W. Marvin Smith* for respondents.

No. 237. NEAL v. NEW YORK. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Supreme Court of New York denied. *Howard Neal, pro se.*

No. 242. ANDERSON v. DOWD, WARDEN. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Supreme Court of Indiana denied. *Mr. Oscar B. Thiel* for petitioner. *Mr. Joseph W. Hutchinson,* Deputy Attorney General of Indiana, for respondent.

No. 247. GARRISON ET AL. v. AMRINE, WARDEN, ET AL. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Cecil T. Garrison* and *James Perkins, pro se.*